**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | |
| **v.** | : | **MAGISTRATE NO. 21-MJ-305 (GMH)** |
| | : | |
| **[1] PHILIP C. VOGEL, II,** | : | **VIOLATIONS:** |
| **A/K/A "Flip"** | : | **18 U.S.C. § 641** |
| | : | **(Theft of Property—$1,000 or Less)** |
| **[2] DEBRA J. MAIMONE,** | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| **Defendants.** | : | **Building)** |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **(Violent Entry and Disorderly Conduct in** |
| | : | **a Capitol Building)** |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |
| | : | **18 U.S.C. § 2** |
| | : | **(Aiding and Abetting)** |

**I N F O R M A T I O N**

The United States Attorney charges that at all relevant times:

**COUNT ONE**

On or about January 6, 2021, in the District of Columbia, **[1] PHILIP C. VOGEL, II,**

**(A/K/A "FLIP")** and **[2] DEBRA J. MAIMONE**, aiding and abetting each other and others,

willfully and knowingly did steal and purloin gas masks, escape hoods, and a pouch, of an

aggregate value equal to or less than $1,000, each of which constituted goods and property of the

United States.

> (**Aiding and Abetting the Theft of Property—$1,000 or Less**, in violation of 18 U.S.C.
> §§ 641 and 2)

## COUNT TWO

On or about January 6, 2021, in the District of Columbia, **[1] PHILIP C. VOGEL, II, (A/K/A "FLIP")** and **[2] DEBRA J. MAIMONE**, knowingly entered and remained in the United States Capitol, a restricted building, without lawful authority to do so.

(**Entering and Remaining in a Restricted Building**, in violation of 18 U.S.C. § 1752(a)(1))

## COUNT THREE

On or about January 6, 2021, in the District of Columbia, **[1] PHILIP C. VOGEL, II, (A/K/A "FLIP")** and **[2] DEBRA J. MAIMONE**, knowingly, and with intent to impede and disrupt the orderly conduct of Government business and official functions, engaged in disorderly and disruptive conduct in, and within such proximity to, the United States Capitol, a restricted building, when, and so that, such conduct did in fact impede and disrupt the orderly conduct of Government business and official functions.

(**Disorderly and Disruptive Conduct in a Restricted Building**, in violation of 18 U.S.C. § 1752(a)(2))

## COUNT FOUR

On or about January 6, 2021, in the District of Columbia, **[1] PHILIP C. VOGEL, II, (A/K/A "FLIP")** and **[2] DEBRA J. MAIMONE**, willfully and knowingly engaged in disorderly and disruptive conduct in any of the Capitol Buildings with the intent to impede, disrupt, and disturb the orderly conduct of a session of Congress or either House of Congress.

(**Violent Entry and Disorderly Conduct in a Capitol Building**, in violation of 40 U.S.C. § 5104(e)(2)(D))

## COUNT FIVE

On or about January 6, 2021, in the District of Columbia, **[1] PHILIP C. VOGEL, II,**

**(A/K/A "FLIP")** and **[2] DEBRA J. MAIMONE**, willfully and knowingly paraded,

demonstrated, and picketed in a Capitol Building.

> (**Parading, Demonstrating, or Picketing in a Capitol Building**, in violation of 40 U.S.C.
> § 5104(e)(2)(G))

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: _____
Sean P. Murphy
Assistant United States Attorney
D.C. Bar No. 1187821
Torre Chardon, Suite 1201
350 Carlos Chardon Avenue
San Juan, PR 00949
787-221-6077
sean.murphy@usdoj.gov