UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 21-CR-289 (RDM) |
| | : | |
| | : | |
| [1] PHILIP C. VOGEL, II, | : | |
| [2] DEBRA J. MAIMONE, | : | |
| | : | |
| Defendants. | : | |

**JOINT STATUS REPORT AND UNOPPOSED MOTION TO
EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through counsel, and defendants Philip C. Vogel and Debra J. Maimone, through counsel, hereby submit their March 24, 2022, Joint Status Report pursuant to the Court's January 24, 2022, Minute Entry and state as follows:

1. The defendants in this case are charged by a five-count Information with violations of 18 U.S.C. §§ 641 and 2 (Aiding and Abetting the Theft of Property—$1,000 or Less); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building); 40 U.S.C. § 5104(e)(2)(D) (Violent Entry and Disorderly Conduct in a Capitol Building); 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building)

2. The Government has provided defendants with individual discovery in this case. The Government has also provided defense counsel with access to a tour of the crime scene, which has been directed by the United States Capitol Police. Defense counsel has made specific discovery demands to the government and the government is in the process of providing the requested materials. At present, there are no discovery disputes that require the intervention of the Court.

3. Since the last status conference, Ms. Maimone's counsel (AFPD Halverson) has been substituted by new counsel (AFPD Mullin). New counsel is in the process of reviewing the discovery and discussing it with her client. The parties remain engaged in good faith negotiations with the view towards a pretrial resolution. **The parties propose to set a status conference approximately sixty days from today, specifically Monday, May 23, 2022, or thereabout.** The parties expect to discuss at the status conference defense counsels' review of discovery and discussion of proposed next steps.

4. Consistent with the attached proposed Order, the government requests, and the defendants through their counsel consent to the Court excluding all time between today and the next status hearing from calculation under the Speedy Trial Act.

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>DC Bar No. 481052 | A.J. KRAMER<br>Federal Public Defender<br>District of Columbia |
| By: _____/s/_____<br>SEAN P. MURPHY<br>Assistant United States Attorney<br>D.C. Bar No. 1187821<br>Torre Chardon, Ste 1201<br>350 Carlos Chardon Ave<br>San Juan, PR 00918<br>787-766-5656<br>sean.murphy@usdoj.gov | _____/s/_____<br>ELIZABETH MULLIN<br>Assistant Federal Public Defender<br>Attorney for Debra J. Maimone<br>625 Indiana Avenue NW, Ste 550<br>Washington, D.C. 20004<br>202-208-7500<br>elizabeth_mullin@fd.org<br><br>_____/s/_____<br>ALLEN H. ORENBERG<br>The Orenberg Law Firm, P.C.<br>Attorney for Philip C. Vogel, II<br>12505 Park Potomac Avenue, 6th Floor<br>Potomac, MD 20854<br>301-984-8005<br>aorenberg@orenberglaw.com |