UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | |
| : | Case No.:   21-CR-00289 |
| PHILLIP C. VOGEL, II, and : | |
| DEBRA J. MAIMONE, : | |
| : | |
| Defendants. : | |

**JOINT STATUS REPORT AND UNOPPOSED MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

The United States of America, through counsel, and defendants Philip C. Vogel and Debra J. Maimone, through counsel, hereby submit their January 20, 2023, Joint Status Report pursuant to the Court's November 21, 2022, Minute Entry No. 46 and state as follows:

1. The defendants in this case are charged by a five-count Information with violations of 18 U.S.C. §§ 641 and 2 (Aiding and Abetting the Theft of Property—$1,000 or Less); 18 U.S.C. § 1752(a)(1) (Entering and Remaining in a Restricted Building); 18 U.S.C. § 1752(a)(2) (Disorderly and Disruptive Conduct in a Restricted Building); 40 U.S.C. § 5104(e)(2)(D) (Violent Entry and Disorderly Conduct in a Capitol Building); 40 U.S.C. § 5104(e)(2)(G) (Parading, Demonstrating, or Picketing in a Capitol Building).

2. The Government has provided defendants with the full FBI case file of this case for each of their cases. The Government has also provided defense counsel with access to a tour of the crime scene, which has been directed by the United States Capitol Police. Defense counsel has received the discovery and has reviewed it personally and with their respective clients. At present, there are no discovery disputes that require the intervention of the Court.

3. Since the last status conference, counsel for the United States of America, (AUSA Murphy) has been substituted by new counsel (AUSA Wagner), who is reviewing the case file. The parties remain engaged in good faith negotiations with the view towards a pretrial resolution. The parties propose to set a status conference approximately seventy-three (73) days from today, specifically April 5, 2023, or thereabout. The parties expect to discuss the next steps in the case, including whether a plea is anticipated.

4. Consistent with the attached proposed Order, the United States requests, and defendants through their counsel the Court excluding all time between today and the next status report from calculation under the Speedy Trial Act.

Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>United States Attorney<br>D.C. Bar No. 481052 | A.J. KRAMER<br>United States Attorney Federal Public Defender<br>DC Bar No. 481052 District of Columbia |

By: */s/ Lynnett M. Wagner*
    LYNNETT M. WAGNER
    Assistant U.S. Attorney
    United States Attorney's Office
    District of Columbia
    Nebraska Bar No. 21606
    601 D Street NW
    Washington D.C. 20250
    (402) 661-3700
    Lynnett.m.wagner@usdoj.gov

By: */s/ Elizabeth Mullin*
    ELIZABETH MULLIN
    Assistant Federal Public Defender
    Attorney for Debra J. Maimone
    D.C. Bar No. 484020
    625 Indiana Avenue NW, Ste 550
    Washington, D.C. 20004
    202-208-7500
    Elizabeth_Mullin@fd.org

AND

By: */s/ Allen H. Orenberg*
    ALLEN H. ORENBERG
    The Orenberg Law Firm, P.C.
    Attorney for Phillip C. Vogel, II
    D.C. Bar No. 395519
    12505 Park Potomac Avenue, 6th Floor
    Potomac, MD 20854
    301-984-8005
    aorenberg@orenberglaw.com

## CERTIFICATE OF SERVICE

On this 20th day of January 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/Lynnett M. Wagner
Lynnett M. Wagner
Nebraska Bar No. 21606
Assistant United States Attorney
United States Attorney's Office
District of Columbia
601 D Street NW
Washington, DC 20530
402-661-3700
lynnett.m.wagner@usdoj.gov