UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| v. | : No. 1:21-cr-00289-RDM-01 |
| | : |
| **PHILIP C. Vogel, II,** | : |
| et al. | : |

**DEFENDANT'S REDACTED SUPPLEMENTAL EXHIBIT
TO THE MEMORANDUM IN AID OF SENTENCING**

COMES NOW ATTORNEY, Allen H. Orenberg, to respectfully file this redacted supplemental exhibit to the Memorandum in Aid of Sentencing on behalf of Defendant Philip C. Vogel, II.

1. Letter from Philip C. Vogel, II, the U.S. District Court Judge Randolph D. Moss. (Dated 8/19/2023)

Respectfully submitted,

THE ORENBERG LAW FIRM, P.C.

_____
Allen H. Orenberg, Bar No. 395519
12505 Park Potomac Avenue, 6th Floor
Potomac, Maryland 20854
Telephone:   (301) 984-8005
Fax:              (301) 984-8008
Cell-Phone:  (301) 807-3847
aorenberg@orenberglaw.com
Counsel to Philip C. Vogel, II

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2023, I caused the foregoing Defendant's (Redacted) Supplemental Exhibit To the Memorandum in Aid of Sentencing to be filed on the Court's CM/ECF system and a copy was e-mailed directly to AUSA Lynette Wagner.

_____
Allen H. Orenberg